UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERRELL CURRY,<br><br>        Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants. | No. CV 18-8066-R (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, the Magistrate Judge's Report and Recommendation, and plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Defendants' Request for Judicial Notice is granted.
3. Defendants' Motion to Dismiss is granted and the Complaint is dismissed without leave to amend as barred by the doctrine of res judicata.

4. Judgment shall be entered consistent with this Order.

5. The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: June 10, 2019

_____
HONORABLE MANUEL L. REAL
SENIOR UNITED STATES DISTRICT JUDGE