UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TERRELL CURRY,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br>et al.,<br><br>　　　　　Defendants. | No. CV 18-8066-R (PLA)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

　　　　IT IS ADJUDGED that the Complaint is dismissed without leave to amend as barred by the doctrine of res judicata, and the action is dismissed with prejudice.

DATED: June 10, 2019

_____
HONORABLE MANUEL L. REAL
SENIOR UNITED STATES DISTRICT JUDGE